FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00359-CV

**IN THE INTEREST OF J.E.J.A.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00362
Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellant's brief was due August 18, 2022. Neither the brief nor a motion for extension of time has been filed. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2.

We **order** Ruby Gonzalez-Garcia, appellant's court-appointed appellate attorney, to file appellant's brief by **September 6, 2022.** Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal.

It is so **ORDERED** on August 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT